**Exhibit B**

| Project # | Project Description | State | City | Zip | Completion Date |
|---|---|---|---|---|---|
| 6675393 | Windows | AZ | Phoenix | 85007 | 3/29/2013 |
| 6866030 | Siding | AZ | Phoenix | 85018 | 6/30/2013 |
| 6972134 | Gutters/Leaf Protection | AZ | Phoenix | 85017 | 7/2/2013 |
| 6980649 | Siding | AZ | Phoenix | 85017 | 7/2/2013 |
| 6951836 | Siding | AZ | Phoenix | 85016 | 7/3/2013 |
| 7152940 | Windows | AZ | Phoenix | 85032 | 10/19/2013 |
| 7345594 | Windows | AZ | Phoenix | 85029 | 3/19/2014 |
| 7480480 | Gutters/Leaf Protection | AZ | Phoenix | 85018 | 5/22/2014 |
| 7575800 | Gutters/Leaf Protection | AZ | Phoenix | 85018 | 6/17/2014 |
| 7565916 | Windows | AZ | Phoenix | 85033 | 7/18/2014 |
| 7672381 | Gutters/Leaf Protection | AZ | Phoenix | 85016 | 8/14/2014 |
| 7796672 | Gutters/Leaf Protection | AZ | Phoenix | 85012 | 10/6/2014 |
| 7804367 | Gutters/Leaf Protection | AZ | Phoenix | 85022 | 11/20/2014 |
| 7887335 | Windows | AZ | Phoenix | 85035 | 11/20/2014 |
| 7860745 | Gutters/Leaf Protection | AZ | Phoenix | 85018 | 11/21/2014 |
| 7944491 | Windows | AZ | Phoenix | 85040 | 12/24/2014 |
| 8216436 | Windows | AZ | Phoenix | 85017 | 5/22/2015 |
| 8232428 | Windows | AZ | Phoenix | 85018 | 6/9/2015 |
| 8277595 | Gutters/Leaf Protection | AZ | Phoenix | 85021 | 6/10/2015 |
| 8480523 | Windows | AZ | Phoenix | 85008 | 9/26/2015 |
| 8552800 | Windows | AZ | Phoenix | 85015 | 10/16/2015 |
| 9108725 | Gutters/Leaf Protection | AZ | Phoenix | 85028 | 4/8/2016 |
| 9517757 | Windows | AZ | Phoenix | 85018 | 10/6/2016 |
| 7009029 | Windows | CT | Bloomfield | 06002 | 7/25/2013 |
| 6957660 | Gutters/Leaf Protection | CT | Branford | 06405 | 6/26/2013 |
| 9099646 | Windows | CT | Bridgeport | 06611 | 4/14/2016 |
| 9669825 | Windows | CT | Bridgeport | 06607 | 11/27/2016 |
| 7876845 | Windows | CT | Cos Cob | 06807 | 11/21/2014 |
| 7227435 | Windows | CT | Danbury | 06810 | 1/30/2014 |
| 7154623 | Garage Doors | CT | Darien | 06820 | 12/1/2013 |
| 8082965 | Windows | CT | Darien | 06820 | 4/17/2015 |
| 6973286 | Windows | CT | Derby | 06418 | 7/22/2013 |
| 9256986 | Windows | CT | East Hampton | 06424 | 6/27/2016 |
| 6934400 | Siding | CT | Enfield | 06082 | 8/1/2013 |
| 6959757 | Gutters/Leaf Protection | CT | Enfield | 06082 | 8/14/2013 |
| 7076705 | Windows | CT | Enfield | 06082 | 10/10/2013 |
| 8549999 | Gutters/Leaf Protection | CT | Enfield | 06082 | 10/22/2015 |
| 9109270 | Gutters/Leaf Protection | CT | Enfield | 06082 | 3/30/2016 |
| 9208895 | Windows | CT | Fairfield | 06824 | 5/31/2016 |
| 6945396 | Windows | CT | Hamden | 06518 | 7/3/2013 |
| 7106732 | Windows | CT | Harrisville | 06019 | 4/14/2014 |
| 7594791 | Windows | CT | Lebanon | 06249 | 9/8/2014 |
| 6892590 | Gutters/Leaf Protection | CT | Manchester | 06040 | 6/16/2013 |
| 7458391 | Gutters/Leaf Protection | CT | Meriden | 06451 | 5/3/2014 |
| 9254024 | Windows | CT | Meriden | 06451 | 6/2/2016 |
| 7636013 | Gutters/Leaf Protection | CT | Middletown | 06457 | 7/23/2014 |
| 7269606 | Windows | CT | Milford | 06461 | 1/15/2014 |
| 8292685 | Gutters/Leaf Protection | CT | Monroe | 06468 | 8/25/2015 |
| 8321349 | Gutters/Leaf Protection | CT | Naugatuck | 06770 | 6/20/2015 |

| Project # | Project Description | State | City | Zip | Completion Date |
|---|---|---|---|---|---|
| 6978241 | Windows | CT | New Britain | 06051 | 12/10/2014 |
| 7981442 | Gutters/Leaf Protection | CT | New Britain | 06053 | 3/21/2015 |
| 7812309 | Windows | CT | New Canaan | 06840 | 10/27/2014 |
| 7597018 | Gutters/Leaf Protection | CT | New London | 06320 | 6/26/2014 |
| 8339765 | Gutters/Leaf Protection | CT | New Preston Marble | 06777 | 7/4/2015 |
| 8337536 | Gutters/Leaf Protection | CT | Newington | 06111 | 7/6/2015 |
| 7963449 | Windows | CT | North Haven | 06473 | 1/19/2015 |
| 6917147 | Gutters/Leaf Protection | CT | Norwalk | 06851 | 6/19/2013 |
| 7857586 | Windows | CT | Norwalk | 06850 | 11/7/2014 |
| 7858944 | Windows | CT | Norwalk | 06854 | 12/21/2014 |
| 8334742 | Gutters/Leaf Protection | CT | Norwalk | 06855 | 7/16/2015 |
| 9221466 | Windows | CT | Norwalk | 06855 | 5/29/2016 |
| 6926977 | Gutters/Leaf Protection | CT | Norwich/preston | 06360 | 6/28/2013 |
| 6738405 | Siding | CT | Old Lyme | 06371 | 5/14/2013 |
| 9208970 | Siding | CT | Orange | 06477 | 5/21/2016 |
| 6993410 | Gutters/Leaf Protection | CT | Plantsville | 06479 | 7/11/2013 |
| 7646070 | Windows | CT | Preston | 06365 | 8/25/2014 |
| 7071405 | Windows | CT | Quaker Hill | 06375 | 9/6/2013 |
| 8090430 | Gutters/Leaf Protection | CT | Shelton | 06484 | 3/31/2015 |
| 7891614 | Gutters/Leaf Protection | CT | South Glastonbury | 06073 | 12/10/2014 |
| 6922490 | Garage Doors | CT | Southport | 06890 | 6/25/2013 |
| 7760821 | Windows | CT | Stamford | 06902 | 11/13/2014 |
| 8264986 | Windows | CT | Stamford | 06903 | 7/11/2015 |
| 7074463 | Windows | CT | Stonington | 06378 | 9/12/2013 |
| 6792426 | Gutters/Leaf Protection | CT | Stratford | 06615 | 4/15/2013 |
| 6953890 | Windows | CT | Stratford | 06615 | 7/11/2013 |
| 7088232 | Windows | CT | Stratford | 06614 | 9/20/2013 |
| 7165021 | Garage Doors | CT | Stratford | 06614 | 12/10/2013 |
| 7463243 | Garage Doors | CT | Stratford | 06615 | 5/22/2014 |
| 8053659 | Windows | CT | Terryville | 06786 | 3/13/2015 |
| 6795525 | Windows | CT | Tolland | 06084 | 4/22/2013 |
| 6872218 | Gutters/Leaf Protection | CT | Trumbull | 06611 | 5/16/2013 |
| 7736887 | Gutters/Leaf Protection | CT | Trumbull | 06611 | 8/20/2014 |
| 8485721 | Gutters/Leaf Protection | CT | Trumbull | 06611 | 9/8/2015 |
| 7989306 | Garage Doors | CT | Vernon Rockville | 06066 | 1/19/2015 |
| 9230316 | Windows | CT | Vernon Rockville | 06066 | 7/12/2016 |
| 6808444 | Gutters/Leaf Protection | CT | Wallingford | 06492 | 4/15/2013 |
| 6865425 | Gutters/Leaf Protection | CT | Waterbury | 06708 | 5/29/2013 |
| 7794745 | Windows | CT | West Hartford | 06110 | 12/1/2014 |
| 7769570 | Windows | CT | Westport | 06880 | 10/4/2014 |
| 7641280 | Windows | CT | Westport | 06880 | 12/18/2014 |
| 7556476 | Windows | CT | Wilmington | 06426 | 8/19/2014 |
| 8458283 | Windows | CT | Wolcott | 06716 | 9/14/2015 |
| 8421085 | Gutters/Leaf Protection | CT | Woodbury | 06798 | 8/14/2015 |
| 7160726 | Siding | IL | Chicago | 60617 | 10/23/2013 |
| 7203553 | Windows | IL | Chicago | 60610 | 12/6/2013 |
| 7205068 | Windows | IL | Chicago | 60613 | 12/6/2013 |
| 7155616 | Windows | IL | Chicago | 60657 | 12/27/2013 |
| 7207720 | Windows | IL | Chicago | 60640 | 1/4/2014 |

| Project # | Project Description | State | City | Zip | Completion Date |
|---|---|---|---|---|---|
| 7285460 | Windows | IL | Chicago | 60629 | 1/17/2014 |
| 7336496 | Windows | IL | Chicago | 60657 | 2/22/2014 |
| 7173108 | Siding | IL | Chicago | 60660 | 4/5/2014 |
| 7434616 | Gutters/Leaf Protection | IL | Chicago | 60639 | 4/10/2014 |
| 7437007 | Gutters/Leaf Protection | IL | Chicago | 60649 | 4/12/2014 |
| 7453828 | Gutters/Leaf Protection | IL | Chicago | 60608 | 4/25/2014 |
| 7468318 | Siding | IL | Chicago | 60608 | 4/25/2014 |
| 7449589 | Gutters/Leaf Protection | IL | Chicago | 60659 | 4/30/2014 |
| 7382805 | Siding | IL | Chicago | 60618 | 5/22/2014 |
| 7542278 | Gutters/Leaf Protection | IL | Chicago | 60619 | 5/23/2014 |
| 7583600 | Gutters/Leaf Protection | IL | Chicago | 60707 | 6/10/2014 |
| 7577667 | Windows | IL | Chicago | 60613 | 7/21/2014 |
| 7622451 | Gutters/Leaf Protection | IL | Chicago | 60643 | 7/25/2014 |
| 7648996 | Gutters/Leaf Protection | IL | Chicago | 60660 | 8/2/2014 |
| 7638382 | Gutters/Leaf Protection | IL | Chicago | 60619 | 8/3/2014 |
| 7574053 | Siding | IL | Chicago | 60625 | 8/6/2014 |
| 7589638 | Windows | IL | Chicago | 60626 | 8/8/2014 |
| 7684512 | Windows | IL | Chicago | 60619 | 8/8/2014 |
| 7641769 | Gutters/Leaf Protection | IL | Chicago | 60659 | 8/27/2014 |
| 7663270 | Siding | IL | Chicago | 60619 | 9/12/2014 |
| 7626899 | Gutters/Leaf Protection | IL | Chicago | 60614 | 10/3/2014 |
| 7639811 | Gutters/Leaf Protection | IL | Chicago | 60647 | 10/3/2014 |
| 7744446 | Windows | IL | Chicago | 60615 | 10/10/2014 |
| 7664506 | Siding | IL | Chicago | 60655 | 10/11/2014 |
| 7790302 | Siding | IL | Chicago | 60638 | 10/23/2014 |
| 7830293 | Gutters/Leaf Protection | IL | Chicago | 60619 | 10/28/2014 |
| 7797324 | Windows | IL | Chicago | 60660 | 10/29/2014 |
| 7673461 | Gutters/Leaf Protection | IL | Chicago | 60621 | 11/6/2014 |
| 7714748 | Gutters/Leaf Protection | IL | Chicago | 60640 | 11/21/2014 |
| 7586307 | Siding | IL | Chicago | 60640 | 11/22/2014 |
| 7845889 | Windows | IL | Chicago | 60618 | 12/3/2014 |
| 7700993 | Windows | IL | Chicago | 60629 | 1/6/2015 |
| 7942638 | Windows | IL | Chicago | 60617 | 1/20/2015 |
| 8018461 | Windows | IL | Chicago | 60651 | 2/7/2015 |
| 8004247 | Gutters/Leaf Protection | IL | Chicago | 60639 | 3/12/2015 |
| 8198175 | Windows | IL | Chicago | 60646 | 5/19/2015 |
| 8257147 | Windows | IL | Chicago | 60640 | 6/10/2015 |
| 8396000 | Windows | IL | Chicago | 60620 | 8/7/2015 |
| 8190465 | Windows | IL | Chicago | 60626 | 8/15/2015 |
| 8353128 | Siding | IL | Chicago | 60622 | 9/5/2015 |
| 8825142 | Windows | IL | Chicago | 60641 | 1/15/2016 |
| 8869482 | Windows | IL | Chicago | 60641 | 1/23/2016 |
| 8939934 | Windows | IL | Chicago | 60645 | 2/3/2016 |
| 9106977 | Siding | IL | Chicago | 60473 | 5/6/2016 |
| 9348607 | Gutters/Leaf Protection | IL | Chicago | 60660 | 6/28/2016 |
| 7451892 | Gutters/Leaf Protection | IN | Indianapolis | 46218 | 4/29/2014 |
| 7797255 | Gutters/Leaf Protection | IN | Indianapolis | 46219 | 10/25/2014 |
| 8151236 | Windows | IN | Indianapolis | 46219 | 5/4/2015 |
| 8426549 | Windows | IN | Indianapolis | 46229 | 8/19/2015 |

| Project # | Project Description | State | City | Zip | Completion Date |
|---|---|---|---|---|---|
| 8551226 | Siding | MA | Abington | 02351 | 1/11/2016 |
| 6936642 | Gutters/Leaf Protection | MA | Acushnet | 02743 | 6/20/2013 |
| 7497830 | Gutters/Leaf Protection | MA | Agawam | 01001 | 6/7/2014 |
| 8678445 | Windows | MA | Allston | 02130 | 12/28/2015 |
| 6895933 | Windows | MA | Amherst | 01002 | 6/14/2013 |
| 8673996 | Windows | MA | Amherst | 01007 | 1/2/2016 |
| 6947932 | Gutters/Leaf Protection | MA | Andover | 01810 | 7/11/2013 |
| 7760425 | Windows | MA | Andover | 01810 | 11/11/2014 |
| 9095519 | Siding | MA | Andover | 01810 | 5/10/2016 |
| 9286374 | Gutters/Leaf Protection | MA | Andover | 01810 | 6/24/2016 |
| 6925041 | Windows | MA | Arlington | 02476 | 7/23/2013 |
| 7071287 | Entry Doors | MA | Arlington | 02476 | 10/16/2013 |
| 8241410 | Gutters/Leaf Protection | MA | Arlington | 02474 | 6/26/2015 |
| 8536052 | Windows | MA | Arlington | 02476 | 1/8/2016 |
| 8935601 | Windows | MA | Arlington | 02474 | 3/1/2016 |
| 7482422 | Windows | MA | Ashland | 01721 | 7/7/2014 |
| 7462675 | Entry Doors | MA | Auburn | 01501 | 6/20/2014 |
| 8316202 | Siding | MA | Auburn | 01501 | 8/19/2015 |
| 8336680 | Windows | MA | Auburndale | 02466 | 9/8/2015 |
| 7081115 | Gutters/Leaf Protection | MA | Bedford | 01730 | 9/8/2013 |
| 8185416 | Windows | MA | Bedford | 01730 | 6/6/2015 |
| 8638772 | Windows | MA | Belmont | 02478 | 12/17/2015 |
| 8785000 | Windows | MA | Belmont | 02478 | 1/14/2016 |
| 8938665 | Windows | MA | Belmont | 02478 | 2/11/2016 |
| 8881716 | Windows | MA | Belmont | 02478 | 2/15/2016 |
| 7082716 | Gutters/Leaf Protection | MA | Beverly | 01915 | 9/27/2013 |
| 7744366 | Windows | MA | Beverly | 01915 | 10/13/2014 |
| 8270177 | Gutters/Leaf Protection | MA | Billerica | 01821 | 7/17/2015 |
| 8453863 | Siding | MA | Billerica | 01821 | 12/18/2015 |
| 7270579 | Siding | MA | Bolton | 01740 | 1/7/2014 |
| 7074259 | Windows | MA | Boston | 02119 | 10/16/2013 |
| 7552414 | Gutters/Leaf Protection | MA | Boston | 02118 | 8/11/2014 |
| 8200511 | Siding | MA | Boston | 02127 | 6/14/2015 |
| 8707141 | Windows | MA | Boston | 02127 | 1/4/2016 |
| 8785905 | Siding | MA | Boston | 02127 | 2/23/2016 |
| 8600839 | Gutters/Leaf Protection | MA | Boston | 02124 | 3/11/2016 |
| 8843595 | Windows | MA | Boston | 02109 | 4/26/2016 |
| 9185711 | Siding | MA | Boston | 02127 | 5/23/2016 |
| 9051828 | Windows | MA | Boxborough | 01719 | 6/10/2016 |
| 6767118 | Gutters/Leaf Protection | MA | Boxford | 01921 | 5/29/2013 |
| 7613637 | Windows | MA | Bridgewater | 02324 | 8/1/2014 |
| 7157813 | Windows | MA | Brighton | 02135 | 10/25/2013 |
| 8859430 | Windows | MA | Brighton | 02135 | 4/2/2016 |
| 9129013 | Gutters/Leaf Protection | MA | Brimfield | 01010 | 4/22/2016 |
| 7068912 | Gutters/Leaf Protection | MA | Brockton | 02301 | 9/16/2013 |
| 7173904 | Garage Doors | MA | Brockton | 02301 | 11/29/2013 |
| 8807040 | Windows | MA | Brookline | 02445 | 1/20/2016 |
| 9290026 | Windows | MA | Brookline | 02445 | 7/21/2016 |
| 7032853 | Siding | MA | Burlington | 01803 | 3/22/2014 |

| Project # | Project Description | State | City | Zip | Completion Date |
|---|---|---|---|---|---|
| 7195794 | Windows | MA | Cambridge | 02139 | 11/22/2013 |
| 7265721 | Windows | MA | Cambridge | 02139 | 1/25/2014 |
| 8699675 | Windows | MA | Cambridge | 02139 | 12/17/2015 |
| 8775354 | Windows | MA | Cambridge | 02138 | 12/17/2015 |
| 8805111 | Windows | MA | Cambridge | 02138 | 1/13/2016 |
| 8716655 | Windows | MA | Cambridge | 02139 | 1/26/2016 |
| 8850687 | Windows | MA | Cambridge | 02138 | 1/31/2016 |
| 8896580 | Windows | MA | Cambridge | 02139 | 2/4/2016 |
| 8815508 | Entry Doors | MA | Cambridge | 02138 | 2/6/2016 |
| 8774745 | Windows | MA | Cambridge | 02139 | 2/12/2016 |
| 8558529 | Windows | MA | Charlemont | 01339 | 11/2/2015 |
| 7676149 | Windows | MA | Charlestown | 02129 | 6/9/2015 |
| 8404329 | Siding | MA | Charlestown | 02129 | 12/26/2015 |
| 8423960 | Siding | MA | Charlestown | 02129 | 12/27/2015 |
| 8824045 | Siding | MA | Charlestown | 02129 | 3/29/2016 |
| 8828699 | Gutters/Leaf Protection | MA | Charlestown | 02129 | 3/29/2016 |
| 9296676 | Siding | MA | Charlestown | 02129 | 7/11/2016 |
| 8325284 | Windows | MA | Charlton City | 01508 | 8/20/2015 |
| 7636072 | Garage Doors | MA | Charlton Depot | 01509 | 8/28/2014 |
| 9632970 | Entry Doors | MA | Chicopee | 01013 | 11/28/2016 |
| 8438552 | Windows | MA | Clinton | 01510 | 10/21/2015 |
| 8777162 | Windows | MA | Concord | 01742 | 1/26/2016 |
| 8793849 | Windows | MA | Concord | 01742 | 1/26/2016 |
| 8388227 | Windows | MA | Dalton | 01226 | 11/12/2015 |
| 8237125 | Windows | MA | Danvers | 01923 | 6/27/2015 |
| 8791787 | Windows | MA | Danvers | 01923 | 1/22/2016 |
| 8770173 | Windows | MA | Danvers | 01923 | 2/18/2016 |
| 7186696 | Windows | MA | Dedham | 02026 | 11/4/2013 |
| 8749271 | Windows | MA | Dedham | 02026 | 3/18/2016 |
| 7204716 | Gutters/Leaf Protection | MA | Deerfield | 01342 | 3/7/2014 |
| 6769295 | Gutters/Leaf Protection | MA | Dorchester | 02121 | 4/3/2013 |
| 8608445 | Windows | MA | Dorchester | 02121 | 12/24/2015 |
| 8509491 | Windows | MA | Dorchester | 02121 | 12/28/2015 |
| 9154898 | Gutters/Leaf Protection | MA | Dorchester | 02122 | 5/28/2016 |
| 7666174 | Gutters/Leaf Protection | MA | Dorchester Center | 02124 | 10/2/2014 |
| 9126726 | Siding | MA | Dorchester Center | 02124 | 8/9/2016 |
| 7306646 | Garage Doors | MA | Dover | 02030 | 3/5/2014 |
| 8869957 | Siding | MA | Dover | 02030 | 5/14/2016 |
| 8653882 | Windows | MA | East Boston | 02128 | 1/11/2016 |
| 7785794 | Gutters/Leaf Protection | MA | East Falmouth | 02536 | 10/3/2014 |
| 6751146 | Gutters/Leaf Protection | MA | East Longmeadow | 01028 | 3/23/2013 |
| 9385171 | Siding | MA | Easthampton | 01027 | 10/14/2016 |
| 9130384 | Gutters/Leaf Protection | MA | Everett | 02149 | 5/24/2016 |
| 9313284 | Siding | MA | Everett | 02149 | 7/23/2016 |
| 6754955 | Gutters/Leaf Protection | MA | Fall River | 02723 | 3/21/2013 |
| 7412811 | Gutters/Leaf Protection | MA | Fall River | 02720 | 4/1/2014 |
| 8994308 | Gutters/Leaf Protection | MA | Feeding Hills | 01030 | 2/25/2016 |
| 7695924 | Gutters/Leaf Protection | MA | Florence | 01062 | 9/28/2014 |
| 6921779 | Gutters/Leaf Protection | MA | Framingham | 01702 | 8/9/2013 |

| Project # | Project Description | State | City | Zip | Completion Date |
|---|---|---|---|---|---|
| 6969278 | Garage Doors | MA | Framingham | 01701 | 8/19/2013 |
| 7490121 | Siding | MA | Franklin | 02038 | 7/10/2014 |
| 8337974 | Windows | MA | Gardner | 01440 | 8/27/2015 |
| 7857070 | Windows | MA | Gloucester | 01930 | 2/5/2016 |
| 9191756 | Siding | MA | Gloucester | 02145 | 5/11/2016 |
| 8136862 | Windows | MA | Greenfield | 01301 | 10/3/2015 |
| 6968660 | Siding | MA | Groton | 01450 | 7/17/2013 |
| 7766495 | Gutters/Leaf Protection | MA | Haverhill | 01830 | 10/24/2014 |
| 9327994 | Windows | MA | Holland | 01521 | 10/5/2016 |
| 9141113 | Siding | MA | Hull | 02045 | 9/30/2016 |
| 6921187 | Siding | MA | Humarock | 02047 | 7/18/2013 |
| 8847049 | Siding | MA | Hyde Park | 02136 | 2/27/2016 |
| 9496728 | Siding | MA | Hyde Park | 02136 | 9/17/2016 |
| 9506226 | Gutters/Leaf Protection | MA | Hyde Park | 02136 | 9/17/2016 |
| 7378712 | Windows | MA | Ipswich | 01938 | 5/3/2014 |
| 7395618 | Siding | MA | Ipswich | 01938 | 6/20/2014 |
| 8098689 | Windows | MA | Ipswich | 01938 | 4/3/2015 |
| 8737922 | Windows | MA | Jamaica Plain | 02130 | 1/2/2016 |
| 8745621 | Windows | MA | Jamaica Plain | 02129 | 1/31/2016 |
| 8807276 | Windows | MA | Jamaica Plain | 02130 | 2/15/2016 |
| 9187778 | Gutters/Leaf Protection | MA | Jamaica Plain | 02130 | 5/28/2016 |
| 6716637 | Gutters/Leaf Protection | MA | Kingston | 02364 | 3/5/2013 |
| 7380279 | Gutters/Leaf Protection | MA | Kingston | 02364 | 4/25/2014 |
| 9390737 | Windows | MA | Lawrence | 01841 | 8/2/2016 |
| 8249199 | Windows | MA | Leominster | 01453 | 6/26/2015 |
| 8618467 | Windows | MA | Lexington | 02421 | 1/30/2016 |
| 8707789 | Windows | MA | Lexington | 02421 | 3/19/2016 |
| 7520947 | Windows | MA | Littleton | 01460 | 6/17/2014 |
| 9430026 | Gutters/Leaf Protection | MA | Littleton | 01460 | 10/20/2016 |
| 9424498 | Siding | MA | Littleton | 01460 | 10/28/2016 |
| 8443431 | Siding | MA | Lowell | 01851 | 8/30/2015 |
| 8177235 | Windows | MA | Lunenburg | 01462 | 5/12/2015 |
| 7119437 | Siding | MA | Lynn | 01905 | 11/25/2013 |
| 7570774 | Siding | MA | Lynn | 01904 | 7/23/2014 |
| 8540117 | Siding | MA | Lynn | 01905 | 1/22/2016 |
| 8686105 | Gutters/Leaf Protection | MA | Lynn | 01905 | 1/22/2016 |
| 9074312 | Siding | MA | Lynn | 01904 | 4/26/2016 |
| 9095178 | Gutters/Leaf Protection | MA | Lynn | 01904 | 4/26/2016 |
| 9363110 | Gutters/Leaf Protection | MA | Lynn | 01902 | 7/21/2016 |
| 7769097 | Windows | MA | Lynnfield | 01940 | 10/21/2014 |
| 8378073 | Windows | MA | Lynnfield | 01940 | 10/12/2015 |
| 7215583 | Gutters/Leaf Protection | MA | Malden | 02148 | 2/4/2014 |
| 8818946 | Windows | MA | Malden | 02148 | 2/16/2016 |
| 9237051 | Siding | MA | Malden | 02148 | 5/28/2016 |
| 9268282 | Siding | MA | Malden | 02148 | 6/18/2016 |
| 9282402 | Gutters/Leaf Protection | MA | Malden | 02148 | 6/19/2016 |
| 7261732 | Garage Doors | MA | Mansfield | 02048 | 1/22/2014 |
| 8245208 | Siding | MA | Mansfield | 02048 | 10/6/2015 |
| 8320972 | Gutters/Leaf Protection | MA | Mansfield | 02048 | 10/22/2015 |

| Project # | Project Description | State | City | Zip | Completion Date |
|---|---|---|---|---|---|
| 7146287 | Windows | MA | Marblehead | 01945 | 11/13/2013 |
| 8159026 | Siding | MA | Marblehead | 01945 | 11/18/2015 |
| 6802189 | Gutters/Leaf Protection | MA | Mattapan | 02126 | 5/24/2013 |
| 7372168 | Windows | MA | Mattapan | 02126 | 3/19/2014 |
| 8174550 | Siding | MA | Mattapan | 02126 | 6/14/2015 |
| 8320622 | Gutters/Leaf Protection | MA | Mattapan | 02126 | 6/14/2015 |
| 8696486 | Siding | MA | Mattapan | 02126 | 1/23/2016 |
| 7849574 | Siding | MA | Medford | 02155 | 10/19/2014 |
| 8248354 | Siding | MA | Medford | 02155 | 7/3/2015 |
| 8234462 | Siding | MA | Medford | 02155 | 7/9/2015 |
| 8239425 | Siding | MA | Medford | 02144 | 9/27/2015 |
| 8494733 | Windows | MA | Medford | 02478 | 10/20/2015 |
| 8427467 | Windows | MA | Medford | 02155 | 10/21/2015 |
| 8832725 | Windows | MA | Medford | 02155 | 1/19/2016 |
| 8761924 | Windows | MA | Medford | 02155 | 2/4/2016 |
| 8911881 | Entry Doors | MA | Medford | 02155 | 2/25/2016 |
| 9201517 | Siding | MA | Medford | 02155 | 5/5/2016 |
| 7546610 | Windows | MA | Medway | 02053 | 10/6/2014 |
| 6701893 | Gutters/Leaf Protection | MA | Melrose | 02176 | 3/24/2013 |
| 8589586 | Siding | MA | Melrose | 02176 | 10/23/2015 |
| 8668891 | Gutters/Leaf Protection | MA | Melrose | 02176 | 1/18/2016 |
| 7066295 | Windows | MA | Mendon | 01756 | 7/30/2014 |
| 8435173 | Windows | MA | Mendon | 01756 | 12/14/2015 |
| 6910971 | Gutters/Leaf Protection | MA | Milford | 01757 | 6/24/2013 |
| 8197606 | Siding | MA | Milton | 02169 | 6/14/2015 |
| 8210284 | Gutters/Leaf Protection | MA | Milton | 02169 | 8/28/2015 |
| 8398704 | Windows | MA | Milton | 02186 | 4/1/2016 |
| 9305142 | Siding | MA | Milton | 02186 | 7/18/2016 |
| 8447702 | Windows | MA | Monson | 01057 | 9/22/2015 |
| 7826408 | Windows | MA | Natick | 01760 | 12/17/2014 |
| 8430118 | Gutters/Leaf Protection | MA | Natick | 01760 | 9/17/2015 |
| 6745186 | Gutters/Leaf Protection | MA | Needham Heights | 02494 | 4/19/2013 |
| 8292032 | Windows | MA | New Bedford | 02745 | 7/16/2015 |
| 8882359 | Entry Doors | MA | Newburyport | 01950 | 3/5/2016 |
| 8721644 | Windows | MA | Newton | 02458 | 12/17/2015 |
| 8860218 | Windows | MA | Newton | 02458 | 1/19/2016 |
| 8674973 | Windows | MA | Newton Center | 02459 | 12/17/2015 |
| 8781643 | Windows | MA | Newton Center | 02459 | 1/6/2016 |
| 8739126 | Windows | MA | Newton Center | 02459 | 1/19/2016 |
| 9323188 | Gutters/Leaf Protection | MA | Newtonville | 02460 | 7/16/2016 |
| 6693840 | Windows | MA | North Andover | 01845 | 2/20/2013 |
| 7431338 | Windows | MA | North Andover | 01845 | 7/25/2014 |
| 9143234 | Windows | MA | North Andover | 01845 | 4/29/2016 |
| 9113707 | Windows | MA | North Billerica | 01862 | 5/10/2016 |
| 8445942 | Siding | MA | North Grafton | 01536 | 9/14/2015 |
| 8203269 | Gutters/Leaf Protection | MA | North Reading | 01864 | 6/7/2015 |
| 7214368 | Gutters/Leaf Protection | MA | Northbridge | 01534 | 12/10/2013 |
| 7171699 | Windows | MA | Northfield | 01360 | 12/20/2013 |
| 6989908 | Siding | MA | Norton | 02766 | 8/1/2013 |

| Project # | Project Description | State | City | Zip | Completion Date |
|---|---|---|---|---|---|
| 8360725 | Garage Doors | MA | Orange | 01364 | 10/16/2015 |
| 8380397 | Windows | MA | Oxford | 01540 | 11/17/2015 |
| 7254480 | Siding | MA | Paxton | 01612 | 11/11/2014 |
| 6615322 | Windows | MA | Plymouth | 02360 | 1/4/2013 |
| 7076802 | Siding | MA | Plymouth | 02360 | 8/21/2013 |
| 8111402 | Windows | MA | Quincy | 02171 | 6/24/2015 |
| 8378782 | Gutters/Leaf Protection | MA | Quincy | 02169 | 11/9/2015 |
| 8699350 | Siding | MA | Quincy | 02169 | 3/11/2016 |
| 8314384 | Windows | MA | Quincy | 02170 | 5/25/2016 |
| 8423276 | Windows | MA | Quincy | 02169 | 6/11/2016 |
| 8205909 | Siding | MA | Reading | 01867 | 6/22/2015 |
| 8214939 | Gutters/Leaf Protection | MA | Reading | 01867 | 7/31/2015 |
| 8298575 | Windows | MA | Reading | 01867 | 8/12/2015 |
| 8376383 | Windows | MA | Reading | 01867 | 8/14/2015 |
| 8441493 | Windows | MA | Reading | 01867 | 1/5/2016 |
| 8654192 | Windows | MA | Reading | 01867 | 1/31/2016 |
| 8722581 | Windows | MA | Revere | 02151 | 1/7/2016 |
| 9226253 | Siding | MA | Revere | 02151 | 7/14/2016 |
| 9390793 | Siding | MA | Revere | 02151 | 10/15/2016 |
| 7356808 | Windows | MA | Rockland | 02370 | 3/11/2014 |
| 7928369 | Gutters/Leaf Protection | MA | Rockland | 02370 | 1/29/2015 |
| 6986143 | Gutters/Leaf Protection | MA | Roslindale | 02131 | 7/19/2013 |
| 7528501 | Windows | MA | Roxbury | 02119 | 6/19/2014 |
| 8486584 | Siding | MA | Roxbury | 02119 | 12/10/2015 |
| 8691915 | Windows | MA | Roxbury | 02119 | 12/31/2015 |
| 9099538 | Siding | MA | Roxbury | 02119 | 4/26/2016 |
| 9143483 | Siding | MA | Roxbury Crossing | 02120 | 4/27/2016 |
| 9168050 | Siding | MA | Salem | 01970 | 6/26/2016 |
| 9094438 | Gutters/Leaf Protection | MA | Salem | 01970 | 7/20/2016 |
| 9293056 | Siding | MA | Saugus | 01906 | 6/24/2016 |
| 9328955 | Gutters/Leaf Protection | MA | Saugus | 01906 | 6/25/2016 |
| 7738571 | Gutters/Leaf Protection | MA | Seekonk | 02771 | 9/16/2014 |
| 6663591 | Gutters/Leaf Protection | MA | Sharon | 02067 | 2/12/2013 |
| 8770230 | Gutters/Leaf Protection | MA | Shelburne Falls | 01370 | 4/27/2016 |
| 7058128 | Windows | MA | Shrewsbury | 01545 | 9/27/2013 |
| 7660463 | Windows | MA | Shrewsbury | 01545 | 3/13/2015 |
| 7077623 | Windows | MA | Somerville | 02144 | 10/21/2013 |
| 7288927 | Windows | MA | Somerville | 02145 | 2/17/2014 |
| 7553436 | Siding | MA | Somerville | 02143 | 6/17/2014 |
| 7665040 | Gutters/Leaf Protection | MA | Somerville | 02144 | 10/16/2014 |
| 6815630 | Gutters/Leaf Protection | MA | South Hadley | 01075 | 4/11/2013 |
| 6816072 | Gutters/Leaf Protection | MA | South Weymouth | 02190 | 5/15/2013 |
| 8007281 | Siding | MA | Southbridge | 01550 | 2/23/2015 |
| 7164683 | Gutters/Leaf Protection | MA | Springfield | 01109 | 10/14/2013 |
| 9436902 | Gutters/Leaf Protection | MA | Springfield | 01104 | 8/10/2016 |
| 8125920 | Windows | MA | Stoneham | 02180 | 7/31/2015 |
| 7046216 | Windows | MA | Stow | 01775 | 9/24/2013 |
| 7882545 | Entry Doors | MA | Sudbury | 01776 | 12/22/2014 |
| 7852041 | Windows | MA | Sutton | 01590 | 11/26/2014 |

| Project # | Project Description | State | City | Zip | Completion Date |
|---|---|---|---|---|---|
| 6347255 | Gutters/Leaf Protection | MA | Swampscott | 01907 | 7/5/2013 |
| 7167949 | Windows | MA | Swampscott | 01907 | 11/13/2013 |
| 8781435 | Windows | MA | Swampscott | 01907 | 1/14/2016 |
| 7384649 | Windows | MA | Tewksbury | 01876 | 4/16/2014 |
| 7384650 | Entry Doors | MA | Tewksbury | 01876 | 4/16/2014 |
| 7291948 | Siding | MA | Tewksbury | 01876 | 4/19/2014 |
| 9147868 | Windows | MA | Tewksbury | 01876 | 4/18/2016 |
| 9375584 | Gutters/Leaf Protection | MA | Tewksbury | 01876 | 7/25/2016 |
| 6899384 | Gutters/Leaf Protection | MA | Topsfield | 01983 | 6/1/2013 |
| 8327042 | Windows | MA | Uxbridge | 01569 | 8/12/2015 |
| 8458538 | Windows | MA | Waban | 02468 | 1/12/2016 |
| 7095486 | Gutters/Leaf Protection | MA | Wakefield | 01880 | 9/19/2013 |
| 8113478 | Siding | MA | Wakefield | 02144 | 7/27/2015 |
| 9278698 | Gutters/Leaf Protection | MA | Wakefield | 01880 | 5/25/2016 |
| 9322120 | Windows | MA | Wales | 01081 | 7/9/2016 |
| 6968936 | Garage Doors | MA | Waltham | 02452 | 7/22/2013 |
| 8836405 | Windows | MA | Waltham | 02453 | 1/12/2016 |
| 8725064 | Windows | MA | Waltham | 02453 | 1/29/2016 |
| 8292207 | Windows | MA | Watertown | 02472 | 1/2/2016 |
| 8785993 | Windows | MA | Watertown | 02472 | 1/6/2016 |
| 8818838 | Windows | MA | Watertown | 02472 | 2/24/2016 |
| 9356038 | Siding | MA | Watertown | 02472 | 7/8/2016 |
| 9307879 | Gutters/Leaf Protection | MA | Watertown | 02472 | 7/10/2016 |
| 7210498 | Garage Doors | MA | Wayland | 01778 | 12/18/2013 |
| 8703153 | Windows | MA | Wellesley Hills | 02481 | 1/18/2016 |
| 8388939 | Windows | MA | Wellesley Hills | 02481 | 3/23/2016 |
| 8267797 | Windows | MA | West Newton | 02465 | 12/18/2015 |
| 8623570 | Windows | MA | West Newton | 02465 | 1/20/2016 |
| 6930646 | Siding | MA | West Yarmouth | 02673 | 7/9/2013 |
| 7750094 | Gutters/Leaf Protection | MA | West Yarmouth | 02673 | 9/12/2015 |
| 7367358 | Gutters/Leaf Protection | MA | Westborough | 01581 | 4/9/2014 |
| 9469363 | Gutters/Leaf Protection | MA | Westborough | 01581 | 9/19/2016 |
| 7871442 | Garage Doors | MA | Weston | 02493 | 12/18/2014 |
| 8903915 | Windows | MA | Weston | 02493 | 1/27/2016 |
| 7779863 | Gutters/Leaf Protection | MA | Westwood | 02090 | 9/20/2014 |
| 9250783 | Siding | MA | Wilbraham | 01095 | 5/5/2016 |
| 6927646 | Siding | MA | Williamstown | 01267 | 8/6/2013 |
| 7156688 | Windows | MA | Wilmington | 01887 | 11/23/2013 |
| 9253890 | Siding | MA | Wilmington | 01887 | 6/7/2016 |
| 9273499 | Gutters/Leaf Protection | MA | Wilmington | 01887 | 6/7/2016 |
| 8683021 | Windows | MA | Winchester | 01890 | 12/21/2015 |
| 8272632 | Entry Doors | MA | Windsor | 01270 | 7/17/2015 |
| 8552642 | Siding | MA | Winthrop | 02152 | 12/19/2015 |
| 8871238 | Windows | MA | Winthrop | 02152 | 2/3/2016 |
| 9527823 | Windows | MA | Woburn | 01801 | 9/28/2016 |
| 7625919 | Gutters/Leaf Protection | MA | Worcester | 01602 | 7/28/2014 |
| 8416061 | Garage Doors | MA | Worcester | 01602 | 10/13/2015 |
| 8391351 | Siding | MA | Worcester | 01606 | 12/22/2015 |
| 8328143 | Windows | ME | Alton | 04468 | 7/16/2015 |

| Project # | Project Description | State | City | Zip | Completion Date |
|---|---|---|---|---|---|
| 7019074 | Windows | ME | Auburn | 04210 | 8/22/2013 |
| 6633441 | Gutters/Leaf Protection | ME | Bangor | 04401 | 3/11/2013 |
| 8201733 | Windows | ME | Bangor | 04401 | 5/7/2015 |
| 8082851 | Windows | ME | Bath | 04530 | 4/22/2015 |
| 7653836 | Entry Doors | ME | Belfast | 04915 | 9/4/2014 |
| 7633203 | Gutters/Leaf Protection | ME | Berwick | 03901 | 7/31/2014 |
| 8250665 | Windows | ME | Biddeford | 04005 | 9/21/2015 |
| 8480414 | Siding | ME | Bingham | 04920 | 11/9/2015 |
| 8570367 | Siding | ME | Blue Hill | 04614 | 1/21/2016 |
| 9090086 | Siding | ME | Brunswick | 04011 | 8/28/2016 |
| 8445877 | Windows | ME | Carmel | 04419 | 9/27/2015 |
| 8450174 | Siding | ME | Carmel | 04419 | 10/21/2015 |
| 6952885 | Garage Doors | ME | Cushing | 04563 | 7/26/2013 |
| 8260009 | Windows | ME | Dover Foxtrot | 04426 | 7/24/2015 |
| 8460201 | Siding | ME | Fairfield | 04937 | 4/20/2016 |
| 8429944 | Siding | ME | Franklin | 04634 | 9/19/2015 |
| 7595613 | Windows | ME | Glenburn | 04401 | 7/18/2014 |
| 7803432 | Windows | ME | Glenburn | 04401 | 11/26/2014 |
| 8425864 | Windows | ME | Gouldsboro | 04607 | 10/14/2015 |
| 7768794 | Windows | ME | Hampden | 04444 | 10/13/2014 |
| 8268399 | Windows | ME | Hancock | 04640 | 7/7/2015 |
| 7484198 | Windows | ME | Harpswell | 04079 | 11/12/2014 |
| 8551623 | Windows | ME | Hudson | 04449 | 11/11/2015 |
| 9108994 | Siding | ME | Jefferson | 04348 | 5/1/2016 |
| 7427438 | Windows | ME | Kennebunkport | 04046 | 4/23/2014 |
| 6837481 | Windows | ME | Lewiston | 04240 | 5/31/2013 |
| 7573485 | Siding | ME | Milo | 04463 | 9/9/2014 |
| 8351470 | Windows | ME | Newport | 04953 | 8/7/2015 |
| 8370952 | Windows | ME | Norridgewock | 04957 | 8/6/2015 |
| 7633558 | Windows | ME | Orland | 04472 | 8/9/2014 |
| 7059466 | Windows | ME | Portland | 04102 | 9/18/2013 |
| 8287612 | Windows | ME | Portland | 04103 | 10/28/2015 |
| 7904069 | Gutters/Leaf Protection | ME | Randolph | 04346 | 12/9/2014 |
| 8429397 | Windows | ME | Rome | 04963 | 2/27/2016 |
| 8446096 | Siding | ME | Sabattus | 04280 | 12/27/2015 |
| 8492821 | Siding | ME | Saint Albans | 04101 | 12/10/2015 |
| 8541233 | Windows | ME | Sidney | 04330 | 11/5/2015 |
| 9140617 | Windows | ME | sidney | 04330 | 5/16/2016 |
| 8188592 | Windows | ME | Sorrento | 04677 | 6/30/2015 |
| 8321986 | Siding | ME | Spruce Head | 04859 | 8/30/2015 |
| 8468316 | Windows | ME | Surry | 04684 | 11/7/2015 |
| 7469167 | Windows | ME | Vassalboro | 04989 | 5/14/2014 |
| 8296487 | Windows | ME | Vassalboro | 04989 | 7/14/2015 |
| 8652344 | Windows | ME | Whiting | 04691 | 11/9/2015 |
| 8318899 | Windows | ME | Winterport | 04496 | 7/7/2015 |
| 6795798 | Gutters/Leaf Protection | ME | York | 03909 | 4/16/2013 |
| 7540718 | Windows | ME | York | 03909 | 7/26/2014 |
| 6944530 | Gutters/Leaf Protection | MI | Detroit | 48223 | 6/27/2013 |
| 6938405 | Gutters/Leaf Protection | MI | Detroit | 48205 | 7/19/2013 |

| Project # | Project Description | State | City | Zip | Completion Date |
|---|---|---|---|---|---|
| 7246305 | Gutters/Leaf Protection | MI | Detroit | 48224 | 12/12/2013 |
| 7231156 | Gutters/Leaf Protection | MI | Detroit | 48213 | 12/20/2013 |
| 7320075 | Gutters/Leaf Protection | MI | Detroit | 48227 | 1/30/2014 |
| 7629455 | Windows | MI | Detroit | 48205 | 7/22/2014 |
| 7655367 | Gutters/Leaf Protection | MI | Detroit | 48033 | 9/8/2014 |
| 7708935 | Gutters/Leaf Protection | MI | Detroit | 48228 | 9/30/2014 |
| 7884657 | Gutters/Leaf Protection | MI | Detroit | 48205 | 11/5/2014 |
| 7793244 | Siding | MI | Detroit | 48206 | 11/13/2014 |
| 7814714 | Gutters/Leaf Protection | MI | Detroit | 48213 | 12/21/2014 |
| 8174063 | Gutters/Leaf Protection | MI | Detroit | 48205 | 4/11/2015 |
| 8186964 | Gutters/Leaf Protection | MI | Detroit | 48206 | 5/7/2015 |
| 8230148 | Gutters/Leaf Protection | MI | Detroit | 48228 | 5/7/2015 |
| 8244585 | Gutters/Leaf Protection | MI | Detroit | 48223 | 5/21/2015 |
| 8266589 | Gutters/Leaf Protection | MI | Detroit | 48205 | 5/22/2015 |
| 8214719 | Gutters/Leaf Protection | MI | Detroit | 48205 | 6/10/2015 |
| 8398728 | Gutters/Leaf Protection | MI | Detroit | 48234 | 8/10/2015 |
| 7672040 | Gutters/Leaf Protection | MI | Lansing | 48912 | 7/24/2014 |
| 7761558 | Gutters/Leaf Protection | MI | Lansing | 48912 | 9/16/2014 |
| 7653335 | Gutters/Leaf Protection | MI | Lansing | 48915 | 9/17/2014 |
| 7791369 | Gutters/Leaf Protection | MI | Lansing | 48912 | 10/23/2014 |
| 8191931 | Gutters/Leaf Protection | MN | Minneapolis | 55426 | 4/30/2015 |
| 8141443 | Gutters/Leaf Protection | MN | Minneapolis | 55408 | 5/2/2015 |
| 8190881 | Gutters/Leaf Protection | MN | Minneapolis | 55423 | 5/13/2015 |
| 8485991 | Siding | MN | Minneapolis | 55443 | 12/16/2015 |
| 9059919 | Gutters/Leaf Protection | MN | Minneapolis | 55406 | 3/5/2016 |
| 6892009 | Gutters/Leaf Protection | MN | St. Louis Park | 55426 | 6/8/2013 |
| 6903038 | Windows | NH | Alexandria | 03222 | 7/8/2013 |
| 8558376 | Windows | NH | Atkinson | 03811 | 10/21/2015 |
| 9224428 | Siding | NH | Atkinson | 03811 | 6/10/2016 |
| 9061102 | Siding | NH | Bedford | 03110 | 5/11/2016 |
| 8587899 | Windows | NH | Belmont | 03220 | 11/29/2015 |
| 8334036 | Windows | NH | Claremont | 03743 | 10/3/2015 |
| 7918662 | Windows | NH | Derry | 03038 | 12/17/2014 |
| 9234985 | Windows | NH | Dover | 03820 | 5/18/2016 |
| 8124339 | Windows | NH | Keene | 03431 | 5/26/2015 |
| 8280574 | Garage Doors | NH | Keene | 03431 | 7/1/2015 |
| 7478222 | Siding | NH | Londonderry | 03053 | 8/22/2014 |
| 8214328 | Siding | NH | Londonderry | 03053 | 5/12/2015 |
| 7847580 | Windows | NH | Manchester | 03103 | 12/13/2014 |
| 8549301 | Windows | NH | Manchester | 03103 | 10/12/2015 |
| 8286899 | Windows | NH | Merrimack | 03054 | 7/16/2015 |
| 9718794 | Windows | NH | Milford | 03055 | 12/24/2016 |
| 9713578 | Siding | NH | Milford | 03055 | 1/19/2017 |
| 7844739 | Windows | NH | Nashua | 03063 | 11/12/2014 |
| 7164681 | Windows | NH | North Hampton | 03870 | 11/18/2013 |
| 9186932 | Windows | NH | Ogunquit | 03840 | 5/19/2016 |
| 8403429 | Windows | NH | Peterborough | 03458 | 9/29/2015 |
| 7153521 | Siding | NH | Portsmouth | 03801 | 11/27/2013 |
| 9496990 | Windows | NH | Randolph | 03593 | 11/23/2016 |

| Project # | Project Description | State | City | Zip | Completion Date |
|---|---|---|---|---|---|
| 8259050 | Windows | NH | Rochester | 03867 | 6/27/2015 |
| 8094115 | Windows | NH | Temple | 03084 | 3/20/2015 |
| 8236396 | Windows | NH | Walpole | 03608 | 7/13/2015 |
| 8028654 | Windows | NH | Webster | 03303 | 2/18/2015 |
| 8199621 | Windows | NH | Windham | 03087 | 5/22/2015 |
| 8247782 | Windows | NH | Windham | 03087 | 5/22/2015 |
| 7531387 | Garage Doors | NH | Woodsville | 03785 | 7/22/2014 |
| 7326429 | Windows | NY | Pawling | 12564 | 2/19/2014 |
| 6726185 | Windows | OH | Cincinnati | 45215 | 4/10/2013 |
| 6877046 | Gutters/Leaf Protection | OH | Cincinnati | 45251 | 5/16/2013 |
| 6900828 | Gutters/Leaf Protection | OH | Cincinnati | 45231 | 6/14/2013 |
| 6953373 | Windows | OH | Cincinnati | 45208 | 8/21/2013 |
| 7464934 | Gutters/Leaf Protection | OH | Cincinnati | 45240 | 5/3/2014 |
| 7429558 | Gutters/Leaf Protection | OH | Cincinnati | 45231 | 5/27/2014 |
| 7512069 | Gutters/Leaf Protection | OH | Cincinnati | 45230 | 6/1/2014 |
| 7472335 | Gutters/Leaf Protection | OH | Cincinnati | 45233 | 6/16/2014 |
| 7392042 | Gutters/Leaf Protection | OH | Cincinnati | 45231 | 6/27/2014 |
| 7659249 | Gutters/Leaf Protection | OH | Cincinnati | 45224 | 8/1/2014 |
| 7656177 | Gutters/Leaf Protection | OH | Cincinnati | 45224 | 8/8/2014 |
| 7669069 | Gutters/Leaf Protection | OH | Cincinnati | 45215 | 8/16/2014 |
| 7646287 | Windows | OH | Cincinnati | 45220 | 8/31/2014 |
| 7734730 | Gutters/Leaf Protection | OH | Cincinnati | 45237 | 9/28/2014 |
| 7779891 | Gutters/Leaf Protection | OH | Cincinnati | 45230 | 10/8/2014 |
| 7791967 | Gutters/Leaf Protection | OH | Cincinnati | 45213 | 10/26/2014 |
| 7857798 | Gutters/Leaf Protection | OH | Cincinnati | 45251 | 11/2/2014 |
| 7907669 | Gutters/Leaf Protection | OH | Cincinnati | 45240 | 12/12/2014 |
| 7972298 | Gutters/Leaf Protection | OH | Cincinnati | 45240 | 12/23/2014 |
| 8145794 | Gutters/Leaf Protection | OH | Cincinnati | 45224 | 4/7/2015 |
| 8175547 | Gutters/Leaf Protection | OH | Cincinnati | 45236 | 5/3/2015 |
| 8149866 | Siding | OH | Cincinnati | 45244 | 5/19/2015 |
| 8993127 | Gutters/Leaf Protection | OH | Cincinnati | 45205 | 2/28/2016 |
| 9059010 | Gutters/Leaf Protection | OH | Cincinnati | 45240 | 3/19/2016 |
| 6954162 | Gutters/Leaf Protection | PA | Greentown | 18426 | 8/20/2013 |
| 7774639 | Gutters/Leaf Protection | RI | Charleston | 02813 | 10/14/2014 |
| 6477255 | Siding | RI | Jamestown | 02835 | 7/11/2013 |
| 6998594 | Gutters/Leaf Protection | RI | Newport | 02840 | 7/26/2013 |
| 7583972 | Siding | RI | Warwick | 02887 | 8/13/2014 |
| 7737054 | Windows | RI | West Warwick | 02893 | 10/7/2014 |
| 8559202 | Windows | VT | Barre | 05641 | 11/11/2015 |
| 7738386 | Windows | VT | Bennington | 05201 | 9/19/2014 |
| 8280156 | Windows | VT | Colchester | 05446 | 7/11/2015 |
| 7609584 | Windows | VT | Randolph | 05060 | 8/12/2014 |
| 9325481 | Windows | VT | Richmond | 05477 | 7/26/2016 |
| 9240422 | Entry Doors | VT | Rochester | 05767 | 6/13/2016 |
| 7586957 | Gutters/Leaf Protection | VT | South Burlington | 05403 | 8/1/2014 |
| 7260503 | Gutters/Leaf Protection | VT | Springfield | 05156 | 1/20/2014 |
| 6905856 | Windows | VT | Williston | 05495 | 7/16/2013 |
| 7036550 | Windows | VT | Wilmington | 05363 | 10/2/2013 |
| 6975487 | Windows | VT | Wilmington | 05363 | 11/23/2013 |

| Project # | Project Description | State | City | Zip | Completion Date |
|---|---|---|---|---|---|
| 7208674 | Windows | VT | Wilmington | 05363 | 1/6/2014 |
| 6956193 | Windows | WI | Madison | 53703 | 6/30/2013 |
| 6946000 | Windows | WI | Madison | 53711 | 7/15/2013 |
| 7007340 | Windows | WI | Madison | 53714 | 7/31/2013 |
| 6984002 | Gutters/Leaf Protection | WI | Madison | 53711 | 8/20/2013 |
| 6748435 | Windows | WI | Madison | 53704 | 9/4/2013 |
| 7022002 | Windows | WI | Madison | 53704 | 9/5/2013 |
| 7158575 | Windows | WI | Madison | 53704 | 12/2/2013 |
| 7328713 | Windows | WI | Madison | 53704 | 2/25/2014 |
| 7458165 | Windows | WI | Madison | 53714 | 5/18/2014 |
| 7484239 | Windows | WI | Madison | 53705 | 6/17/2014 |
| 7639129 | Windows | WI | Madison | 53704 | 8/16/2014 |
| 8290199 | Windows | WI | Madison | 53714 | 6/27/2015 |
| 8325097 | Windows | WI | Madison | 53711 | 7/9/2015 |
| 7590825 | Windows | WI | Stoughton | 53589 | 8/17/2014 |