**EXHIBIT C**

Failure to provide the owner of the unit with the EPA-approved lead hazard information pamphlet pursuant to 40 C.F.R. § 745.84(a)(1)

| No. | Job # | City | State | Contract Date |
|---|---|---|---|---|
| 1 | 7243424 | Chicago | IL | 11/15/2014 |
| 2 | 8098237 | Chicago | IL | 3/6/2015 |
| 3 | 8029256 | Indianapolis | IN | 1/20/2015 |
| 4 | 8215509 | Indianapolis | IN | 4/28/2015 |
| 5 | 8242650 | Indianapolis | IN | 5/5/2015 |
| 6 | 8326439 | Indianapolis | IN | 6/16/2015 |
| 7 | 8450823 | Lansing | MI | 8/17/2015 |
| 8 | 8524165 | Lansing | MI | 9/28/2015 |
| 9 | 7877386 | Lansing | MI | 10/16/2014 |
| 10 | 7655096 | Gowen | MI | 7/10/2014 |
| 11 | 8498145 | Cincinnati | OH | 8/22/2015 |
| 12 | 8462700 | Stoughton | WI | 9/10/2015 |

**EXHIBIT C**

Failure to retain all records necessary to demonstrate compliance with the residential property renovation for a period of 3 years following completion of the renovation activities pursuant to 40 C.F.R. § 745.86

| No. | Job # | City | State | Contract Date |
|---|---|---|---|---|
| 1 | 7929841 | | | 11/11/2014 |
| 2 | 8570090 | | | 9/18/2015 |
| 3 | 7243424 | Chicago | IL | 11/15/2014 |
| 4 | 7539470 | Chicago | IL | 10/6/2014 |
| 5 | 7628025 | Chicago | IL | 7/23/2014 |
| 6 | 7743446 | Chicago | IL | 10/14/2014 |
| 7 | 7792894 | Chicago | IL | 12/29/2014 |
| 8 | 7837610 | Chicago | IL | 9/28/2014 |
| 9 | 7861994 | Chicago | IL | 10/23/2014 |
| 10 | 7895402 | Chicago | IL | 3/19/2015 |
| 11 | 7902323 | Chicago | IL | 10/31/2014 |
| 12 | 7928731 | Chicago | IL | 11/11/2014 |
| 13 | 7962907 | Chicago | IL | 1/12/2015 |
| 14 | 8037706 | Chicago | IL | 2/21/2015 |
| 15 | 8043496 | Chicago | IL | 1/31/2015 |
| 16 | 8071078 | Chicago | IL | 3/16/2015 |
| 17 | 8072405 | Chicago | IL | 3/6/2015 |
| 18 | 8098237 | Chicago | IL | 3/6/2015 |
| 19 | 8100968 | Chicago | IL | 3/24/2015 |
| 20 | 8162641 | Chicago | IL | 4/9/2015 |
| 21 | 8180861 | Chicago | IL | 5/2/2015 |
| 22 | 8198175 | Chicago | IL | 4/16/2015 |
| 23 | 8259133 | Chicago | IL | 5/20/2015 |
| 24 | 8270169 | Chicago | IL | 5/15/2015 |
| 25 | 8383291 | Chicago | IL | 7/2/2015 |
| 26 | 8398692 | Chicago | IL | 9/19/2015 |
| 27 | 8442390 | Chicago | IL | 7/30/2015 |
| 28 | 8442933 | Chicago | IL | 7/30/2015 |
| 29 | 8505983 | Chicago | IL | 8/26/2015 |
| 30 | 8509390 | Chicago | IL | 8/26/2015 |
| 31 | 7944466 | Indianapolis | IN | 11/24/2014 |
| 32 | 8024647 | Indianapolis | IN | 1/20/2015 |
| 33 | 8029256 | Indianapolis | IN | 1/20/2015 |
| 34 | 8074429 | Indianapolis | IN | 2/26/2015 |
| 35 | 8114464 | Indianapolis | IN | 3/11/2015 |
| 36 | 8215509 | Indianapolis | IN | 4/28/2015 |
| 37 | 8241951 | Indianapolis | IN | 6/13/2015 |
| 38 | 8242650 | Indianapolis | IN | 5/5/2015 |
| 39 | 8349264 | Indianapolis | IN | 6/27/2015 |
| 40 | 8442065 | Indianapolis | IN | 7/25/2015 |
| 41 | 8464810 | Indianapolis | IN | 8/9/2015 |
| 42 | 8561824 | Indianapolis | IN | 9/21/2015 |
| 43 | 8326439 | Indianapolis | IN | 6/16/2015 |

**EXHIBIT C**

Failure to retain all records necessary to demonstrate compliance with the residential property renovation for a period of 3 years following completion of the renovation activities pursuant to 40 C.F.R. § 745.86

| No. | Job # | City | State | Contract Date |
|---|---|---|---|---|
| 44 | 8513018 | | | 8/28/2015 |
| 45 | 6986985 | Belgrade | ME | 6/27/2013 |
| 46 | 7817064 | | | 1/17/2015 |
| 47 | 7889436 | Lansing | MI | 12/18/2014 |
| 48 | 7908009 | Lansing | MI | 2/4/2014 |
| 49 | 8804020 | Lansing | MI | 11/24/2015 |
| 50 | 7973474 | East Lansing | MI | 5/30/2015 |
| 51 | 7655096 | Gowen | MI | 7/10/2014 |
| 52 | 7567250 | St. Louis Park | MN | 5/28/2015 |
| 53 | 9212008 | Roseville | MN | 4/26/2016 |
| 54 | 7729363 | Cincinnati | OH | 8/17/2014 |
| 55 | 7885508 | Cincinnati | OH | 11/20/2014 |
| 56 | 7890015 | Cincinnati | OH | 10/31/2014 |
| 57 | 8067668 | Cincinnati | OH | |
| 58 | 8113367 | Cincinnati | OH | 3/11/2015 |
| 59 | 8129436 | Cincinnati | OH | 4/4/2015 |
| 60 | 8136542 | Cincinnati | OH | 3/21/2015 |
| 61 | 8165744 | Cincinnati | OH | 4/12/2015 |
| 62 | 8177014 | Cincinnati | OH | 4/16/2015 |
| 63 | 8350282 | Cincinnati | OH | 7/25/2015 |
| 64 | 8369179 | Cincinnati | OH | 6/30/2015 |
| 65 | 8409790 | Cincinnati | OH | 7/22/2015 |
| 66 | 8590326 | Cincinnati | OH | 9/23/2015 |
| 67 | 8749430 | Cincinnati | OH | 11/19/2015 |
| 68 | 8285234 | Madison | WI | 5/22/2015 |
| 69 | 8290199 | Madison | WI | 5/26/2015 |
| 70 | 8290231 | Madison | WI | 5/26/2015 |
| 71 | 8792189 | Madison | WI | 11/25/2015 |
| 72 | 8604178 | Twin Lakes | WI | 10/24/2015 |